UNITED STATES of America, Plaintiff–Appellee,

v.

Leonardo RINCON, a/k/a "Alexander," Defendant,

Juan Aponte, Defendant–Appellant.

Docket No. 02–1683.

United States Court of Appeals, Second Circuit.

Oct. 10, 2003.

B. Alan Seidler, Nyack, NY, for Appellant.

Boyd M. Johnson III, Assistant United States Attorney, New York, N.Y. (James B. Comey, United States Attorney, Meir Feder, Assistant United States Attorney, on brief), for Appellees.

PRESENT: JACOBS, LEVAL and POOLER, Circuit Judges.

## SUMMARY ORDER

Juan Aponte appeals from the sentence imposed by the United States District Court for the Southern District of New York (Casey, *J.*), following Aponte's entry of a plea of guilty to a drug conspiracy under 21 U.S.C. § 846.

Aponte contends the court should have departed downward from the guideline range in imposing the sentence. The court held a hearing on Aponte's claim and rejected his testimony. We find no error in the court's ruling.